FILED & JUDGMENT ENTERED
Steven T. Salata

November 7 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 17-50455
CHAPTER 7

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PHOUPHETH DOUANGDARA and | ) | ORDER AVOIDING |
| PHOUSAVATH DOUANGDARA, | ) | JUDGMENT LIEN |
| Debtors | ) | |

THIS CASE coming on to be heard before the undersigned Judge of the United States Bankruptcy Court for the Western District of North Carolina, being heard upon the Motion to Avoid Judgment Lien of Buffalo-Mooresville II, LLC filed by the Debtors.

IT APPEARS TO THE COURT that a "No Protest" Notice was sent out in this matter and that no objections or responses have been filed.

IT FURTHER APPEARS TO THE COURT upon review of this matter that the Motion should be allowed for the reasons set forth therein.

IT IS, THEREFORE, ORDERED that the aforementioned Judgment of Buffalo-Mooresville II, LLC, which is a lien against the Debtors' residential property located at 1536 Indian Springs Dr. NW, Conover, Catawba County, North Carolina, is hereby avoided pursuant to 11 U.S.C. Section 522 (f), said avoidance to become fully and finally effective upon the granting of a Discharge to the Debtors in this case.

This Order has been signed electronically.
The judge's signature and court's seal appear
at the top of the Order.

United States Bankruptcy Court